In re WISE SHOES, Inc. Fifth Avenue Realty Corporation, Appellant.
No. 359.

Circuit Court of Appeals, Second Circuit.
April 3, 1933.

Pollock & Nemerov, of New York City (Henry W. Pollock and Maurice J. Dix, both of New York City, of counsel), for appellant.

David W. Kahn and Nathan Friedman, both of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order (2 F. Supp. 521) affirmed.

WRIGHT & WILHELMY CO., Appellant, v. Bert LEVINE, Trustee in Bankruptcy, etc.
No. 9643.

Circuit Court of Appeals, Eighth Circuit.
March 22, 1933.

E. G. McGilton and Frank Wisdom, of Bedford, Iowa, for appellant.

Clifford Powell and Leroy H. Johnson, both of Red Oak, Iowa, for appellee.

PER CURIAM.

Motion by appellant to assess costs of appeal against appellee, because of rejection of real estate by trustee, denied, and appeal dismissed, without costs to either party in this court.

John L. ZURBRICK, District Director of Immigration at Detroit, v. Thomas KOTSONES.
No. 6273.

Circuit Court of Appeals, Sixth Circuit.
Jan. 20, 1933.

Gregory H. Frederick, U. S. Atty., and V. F. McAuliffe, Asst. U. S. Atty., both of Detroit, Mich., for appellant.

O. Guy Frick, of Detroit, Mich., for appellee.

PER CURIAM.

Order of District Court affirmed.